| | |
|---|---|
| **From:** | Chris Johnson <cejay80@gmail.com> |
| **Sent:** | Sunday, August 17, 2025 10:55 PM |
| **To:** | WAWDdb_NewCasesTac |
| **Subject:** | 3:25-cv-05726 BHS  New Case |
| **Attachments:** | Experian complaint .pdf |

**Categories:**


**CAUTION - EXTERNAL:**


Requesting filing of attached case. Thanks

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.